```
NANCY CURRY
CHAPTER 13 TRUSTEE
700 SOUTH FLOWER STREET, SUITE 1215
LOS ANGELES, CA 90017
Tel: (213)689-3014  FAX (213)689-3055
```

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | ) **CHAPTER 13** |
| | ) |
| | ) **CASE NO. LA 2:11-bk-15865-WB** |
| VALENCIA DE RUIZ, MARIA CRISTINA | ) |
| | ) **NOTICE OF INTENT TO FILE TRUSTEE'S** |
| | ) **FINAL REPORT AND ACCOUNT, OBTAIN** |
| | ) **DISCHARGE OF DEBTOR AND CLOSE CASE** |
| Debtor | ) |

**TO: THE ABOVE-NAMED DEBTOR, THE UNITED STATES TRUSTEE FOR THE CENTRAL DISTRICT OF CALIFORNIA, AND ALL OTHER PARTIES IN INTEREST:**

   NOTICE IS HEREBY GIVEN that Chapter 13 Trustee in the above-captioned case, whose name and address is set forth in the upper left-hand portion of this Notice, intends to file a Final Report and Account, a copy of which is attached to this notice; and

   NOTICE IS HEREBY GIVEN that any party objecting to the Final Report and Account may file and serve a written objection and request a hearing. In the event no objection is filed within thirty (30) days after the date of this Notice; the Court will discharge debtor and, upon request by the Trustee, will discharge the Trustee's bond and close the case (see 11 U.S.C. §350(a) and Rule 5009, F.R.B.P.); and

   NOTICE IS FURTHER GIVEN that objection(s), if any, shall be filed with this Court and served upon the Chapter 13 Trustee at the address set forth above, upon the debtor and the debtor's attorney, if any, and upon the Office of the United States Trustee.

Executed on October 27, 2014                    /S/ Nancy Curry

# PROOF OF SERVICE OF DOCUMENT

In Re:   VALENCIA DE RUIZ, MARIA CRISTINA
Case No. LA 2:11-bk-15865-WB

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

NANCY CURRY, CHAPTER 13 TRUSTEE
700 S. FLOWER STREET, SUITE 1215
LOS ANGELES, CA  90017

The foregoing document described as **NOTICE OF INTENT TO FILE TRUSTEE'S FINAL REPORT AND ACCOUNT , OBTAIN DISCHARGE OF DEBTOR AND CLOSE CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rules(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On October 27, 2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):  On October 27, 2014, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
VALENCIA DE RUIZ, MARIA CRISTINA
6316 CITRUS AVE.
WHITTIER, CA 90601

Attorney for Debtor
TYSON TAKEUCHI
LAW OFFICES OF TYSON TAKEUCHI
1100 WILSHIRE BLVD. #2606
LOS ANGELES, CA 90017-1916

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):  Pursuant to F.R. Civ.P.5 and/or controlling LBR, on October 27, 2014 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and /or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 27, 2014 | Elizet Cash-Shelton | /s/ Elizet Cash-Shelton |
|---|---|---|
| Date | Type Name | Signature |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:  VALENCIA DE RUIZ, MARIA CRISTINA    Case No. 2:11-bk-15865-WB
§
§
Debtors    §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Nancy Curry, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 02/11/2011.

2) The plan was confirmed on 11/10/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 03/31/2014.

6) Number of months from filing or conversion to last payment: 37.

7) Number of months case was pending: 44.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $28,980.76.

10) Amount of unsecured claims discharged without full payment: $118,118.61.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 4,484.00 | |
| Less amount refunded to debtor | $ 220.20 | |
| **NET RECEIPTS** | | $ 4,263.80 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 3,000.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 208.50 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 3,208.50 |
| Attorney fees paid and disclosed by debtor: | $ 1,000.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| EMPLOYMENT DEVELOPMENT | Pri | 0.00 | 696.01 | 696.01 | 696.01 | 0.00 |
| BAC HOME LOANS SERVICING, LP | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SPECIALIZED LOAN SERVICING | Sec | 0.00 | 523,558.36 | 0.00 | 0.00 | 0.00 |
| EMPLOYMENT DEVELOPMENT | Uns | 0.00 | 70.46 | 70.46 | 0.27 | 0.00 |
| DFS SERVICES LLC | Uns | 3,644.00 | 3,768.06 | 3,768.06 | 14.70 | 0.00 |
| SALLIE MAE GUARANTEE | Uns | 10,529.00 | 10,602.30 | 10,602.30 | 41.35 | 0.00 |
| ECMC | Uns | 6,832.00 | 6,886.13 | 6,886.13 | 26.86 | 0.00 |
| ECMC | Uns | 3,049.00 | 3,073.73 | 3,073.73 | 11.99 | 0.00 |
| CAPITAL ONE BANK USA, N.A. | Uns | 3,051.00 | 4,803.60 | 4,803.60 | 18.73 | 0.00 |
| CHASE BANK USA | Uns | 12,771.00 | 12,771.68 | 12,771.68 | 49.81 | 0.00 |
| DEPARTMENT OF EDUCATION | Uns | 5,380.00 | 5,380.91 | 5,380.91 | 20.99 | 0.00 |
| OAK HARBOR CAPITAL LLC | Uns | 23,918.00 | 23,918.93 | 23,918.93 | 93.28 | 0.00 |
| FIA CARD SVCS. | Uns | 16,852.00 | 16,852.08 | 16,852.08 | 65.72 | 0.00 |
| MIDLAND FUNDING LLC | Uns | 3,998.00 | 3,998.02 | 3,998.02 | 15.59 | 0.00 |
| BANK OF AMERICA | Uns | 20,518.00 | NA | NA | 0.00 | 0.00 |
| BINGO PUBLISHERS INC | Uns | 97.00 | NA | NA | 0.00 | 0.00 |
| CA EMERGENCY PHYS & BROTMAN | Uns | 194.00 | NA | NA | 0.00 | 0.00 |
| CITY OF BALDWIN PARK | Uns | 200.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| JS PALUCH COMPANY INC | Uns | 114.00 | NA | NA | 0.00 | 0.00 |
| LEGACY BILLING SERVICES | Uns | 15.00 | NA | NA | 0.00 | 0.00 |
| PACIFIC OAKS COLLEGE | Uns | 5,214.00 | NA | NA | 0.00 | 0.00 |
| TYSON TAKEUCHI | Lgl | 4,000.00 | 4,000.00 | 4,000.00 | 3,000.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 696.01 | $ 696.01 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 696.01 | $ 696.01 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 92,125.90 | $ 359.29 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 3,208.50 |
| Disbursements to Creditors | $ 1,055.30 |
| **TOTAL DISBURSEMENTS:** | $ 4,263.80 |

UST Form 101-13-FR-S (9/1/2009)

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.


Date:  <u>10/27/2014</u>        By:  <u>/s Nancy Curry</u>
                                   Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-2<br>Case 2:11-bk-15865-WB<br>Central District Of California<br>Los Angeles<br>Fri Oct 24 15:36:40 PDT 2014 | Bank of America, N.A. c/o Prober & Raphael,<br>P.O. Box 4365<br>Woodland Hills, CA 91365-4365 | ECMC<br>PO Box 75906<br>St. Paul, MN 55175-0906 |
| Midland Funding LLC by American InfoSource L<br>PO Box 4457<br>Houston, TX 77210-4457 | Oak Harbor Capital II, L.L.C.<br>c/o Weinstein And Riley, PS<br>2001 Western Avenue<br>Ste 400<br>Seattle, WA 98121-3132 | United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 |
| Los Angeles Division<br>255 East Temple Street,<br>Los Angeles, CA 90012-3332 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 | BAC Home Loans Servicing, LP<br>BK Dept - Mail Stop: CA6-919-01-23<br>400 National Way<br>Simi Valley, CA 93065-6414 |
| Bac Home Loans Servici<br>450 American St<br>Simi Valley, CA 93065-6285 | Bac Home Loans/Countrywide<br>450 American St #SV416<br>Simi Valley, CA 93065-6285 | Bachomeloans<br>450 American St<br>Simi Valley, CA 93065-6285 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank Of America<br>Box 17054<br>Wilmington, DE 19850-7054 | Bank Of America<br>Po Box 1598<br>Norfolk, VA 23501-1598 |
| Beneficial/Household Finance Co<br>Box 3425<br>Buffalo, NY 14240-3425 | Beneficial/hfc<br>Po Box 3425<br>Buffalo, NY 14240-3425 | Bingo Publishers Inc<br>24881 Alicia Pkwy Ste E-300<br>Laguna Hills, CA 92653-4617 |
| Bleier & Cox<br>16130 Ventura Blvd Ste 620<br>Encino, CA 91436-2568 | CA Emer Phys Med Grp<br>Po Box 582663<br>Modesto, CA 95358-0070 | CCB Credit Services<br>5300 S 6th St<br>Springfield, IL 62703-5184 |
| Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Carecrd/gemb<br>Po Box 981439<br>El Paso, TX 79998-1439 |
| Chase<br>201 N. Walnut St//de1-1027<br>Wilmington, DE 19801-2920 | Chase<br>800 Brooksedge Blvd<br>Westerville, OH 43081-2822 | (p)CHASE CARD SERVICES<br>201 NORTH WALNUT STREET<br>ATTN MARK PASCALE<br>MAIL STOP DE1-1406<br>WILMINGTON DE 19801-2920 |
| Chase Auto<br>201 N Walnut St # De1-10<br>Wilmington, DE 19801-2920 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Citi Auto<br>545 N Mountain Ave Ste 211<br>Upland, CA 91786-5055 |

| | | |
|---|---|---|
| Citi Auto<br>8799 Balboa Ave St<br>San Diego, CA 92123-1562 | City Of Baldwin Park<br>4100 Baldwin Park Blvd<br>Baldwin Park, CA 91706-6708 | Client Services Inc<br>3451 Harry Truman Blvd<br>St Charles, MO 63301-9816 |
| Collectcorp<br>455 N 3rd St Ste 260<br>Phoenix, AZ 85004-0630 | Credit Control LLC<br>245 E Roselawn<br>Maplewood, MN 55117-1988 | Creditors Financial Group LLC<br>Po Box 440290<br>Aurora, CO 80044-1500 |
| Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-3025 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 | Discover Financial Svcs Llc<br>Box 15316<br>Wilmington, DE 19850-5316 |
| ECMC<br>P.O. Box 75906<br>Saint Paul, MN 55175-0906 | ECMC<br>PO Box 16408<br>St Paul MN 55116-0408 | ECMC<br>PO Box 16478<br>St Paul MN 55116-0478 |
| Eaf Llc<br>1120 West  Lake Co<br>Buffalo Grove, IL 60089-1970 | Employment Development Department<br>Bankruptcy Group MIC 92E, PO BOX 826880<br>Sacramento, CA 95814 | Encore Receivable Management Inc<br>Po Box 3330<br>Olathe, KS 66063-3330 |
| Equicredit<br>10401 Deerwood Park Blvd<br>Jacksonville, FL 32256-5007 | Equicredit<br>9000 Southside Blv<br>Jacksonville, FL 32256-0793 | FIA Card Services, NA as successor in intere<br>Bank of America NA and MBNA America Bank<br>1000 Samoset Drive<br>DE5-023-03-03<br>Newark, DE 19713-6000 |
| Firstsource<br>205 Bryant Woods South<br>Amherst, NY 14228-3609 | Fnb Omaha<br>Po Box 3412<br>Omaha, NE 68103-0412 | Frederick J Hanna & Assoc<br>1427 Roswell Rd<br>Marietta, GA 30062-3668 |
| Ge Capital/Mervyns<br>Box 981400<br>El Paso, TX 79998-1400 | Gemb/Old Navy<br>Box 981400<br>El Paso, TX 79998-1400 | Gemb/mervyns<br>Po Box 981400<br>El Paso, TX 79998-1400 |
| Gmac<br>Box 380901<br>Bloomington, MN 55438-0901 | Gmac<br>Po Box 12699<br>Glendale, AZ 85318 | Gmac Mortgage<br>Box 4622<br>Waterloo, IA 50704-4622 |
| Hfc - Usa<br>Po Box 3425<br>Buffalo, NY 14240-3425 | Home Depot/Citibank<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | Hsbc Bank<br>Box 5253<br>Carol Stream, IL 60197-5253 |

Hsbc/Household Finance Corp
Box 3425
Buffalo, NY 14240-3425

Hunt & Henriques
151 Bernal Rd Ste 8
San Jose, CA 95119-1491

Infibank
1620 Dodge St
Omaha, NE 68102-1593

JS Paluch Company Inc
3708 River Rd Ste 400
Franklin Park, IL 60131-2158

James A West PC
6380 Rogerdale Rd Ste 130
Houston, TX 77072-1624

Legacy Billing Services
10833 Valley View St Ste 150
Cypress, CA 90630-5040

Midland Funding LLC
by American InfoSource LP as agent
PO Box 4457
Houston, TX  77210-4457

National
Box 380901
Bloomington, MN 55438-0901

Natl A Fin
P O Box 308091
Greeley, CO 80632

Novadebt
225 Willowbrook Rd
Freehold, NJ 07728-5922

Oak Harbor Capital II, L.L.C.
c/o Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121-3132

Ocwen Loan Servicing Llc
12650 Ingenuity Dr
Orlando, FL 32826-2703

Onewest Bank
6900 Beatrice Dr
Kalamazoo, MI 49009-9559

Onewest Bank
6900 Beatrice Fsb
Kalamazoo, MI 49009-9559

Pacific Oaks College
5 Westmoreland Place
Pasadena, CA 91103-3592

Portfolio Investments I LLC
c/o Recovery Management Systems Corporat
25 SE 2nd Avenue Suite 1120
Miami FL 33131-1605

SPECIALIZED LOAN SERVICING, LLC
8742 LUCENT BLVD SUITE 300
HIGHLANDS RANCH, COLORADO 80129-2386

Sallie Mae
Po Box 9500
Wilkes Barre, PA 18773-9500

Sallie Mae Inc. on behalf of USA FUNDS
Attn: Bankruptcy Litigation Unit E3149
P.O. Box 9430
Wilkes-Barre, PA 18773-9430

Sallie Mae, Inc. on behalf of CSAC
CSAC/Ed Fund
P.O. Box 419041
Rancho Cordova, CA 95741-9041

Sears/Citibank
Box 6189
Sioux Falls, SD 57117-6189

Sears/cbsd
8725 W. Sahara Ave
The Lakes, NV 89163-0001

Sears/cbsd
Po Box 6189
Sioux Falls, SD 57117-6189

Seawest Acceptance Inc
8303 Alondra Blvd
Paramount, CA 90723-4403

Select Portfolio Svcin
10401 Deerwood Par
Jacksonville, FL 32256-5007

Thd/cbsd
Po Box 6497
Sioux Falls, SD 57117-6497

The Palmer Firm PC
Po Box 1600
Rancho Cucamonga, CA 91729-1600

U. S. Department of Education
c/o FedLoan Servicing
P. O. Box 69184
Harrisburg, PA   17106-9184

U.S. Dept of Education
PO Box 5609
Greenville TX 75403-5609

United Recovery Systems
5800 North Course Dr
Houston, TX 77072-1613

| | | |
|---|---|---|
| Universal Card/Citibank<br>Box 6241<br>Sioux Falls, SD 57117-6241 | Unvl/citi<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 | Wfds/wds<br>Po Box 1697<br>Winterville, NC 28590-1697 |
| Wfnnb/Dress Barn<br>4590 E Broad St<br>Columbus, OH 43213-1301 | Wfnnb/dress Barn<br>Po Box 182273<br>Columbus, OH 43218-2273 | Zwicker & Assoc<br>80 Minuteman Rd<br>Andover, MA 01810-1008 |
| Maria Cristina Valencia De Ruiz<br>6316 Citrus Ave<br>Whittier, CA 90601-3213 | Nancy K Curry (TR)<br>700 S Flower Street, Suite 1215<br>Los Angeles, CA 90017-4114 | Tyson Takeuchi<br>Law Offices of Tyson Takeuchi<br>1100 Wilshire Blvd Ste 2606<br>Los Angeles, CA 90017-1964 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American General Finan<br>2543 Via Campo<br>Montebello, CA 90640 | (d)American General Finance<br>2543 Via Campo<br>Montebello, CA 90640 | Bank Of America<br>4161 Piedmont Parkway<br>Greensboro, NC 27410 |
| (d)Bk Of Amer<br>4161 Piedmont Parkway<br>Greensboro, NC 27410 | Chase<br>Po Box 1093<br>Northridge, CA 91328 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Courtesy NEF | (d)ECMC<br>PO Box 16408<br>St. Paul, MN 55116-0408 | (d)Gemb/old Navy<br>Po Box 981400<br>El Paso, TX 79998-1400 |
| (d)Gmac Mortgage<br>Po Box 4622<br>Waterloo, IA 50704-4622 | (d)Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | End of Label Matrix<br>Mailable recipients    98<br>Bypassed recipients     5<br>Total                  103 |